## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Arthur Guerrero and Cynthia Uribe, et al, Administrators of the Estate of Elouisa Guerrero, deceased, <br> v. <br> Whiteline Express Ltd., and Donald Wells | **FILED: JUNE 20, 2008** <br> **08CV3542** <br> **JUDGE NORGLE** <br> **MAGISTRATE JUDGE BROWN** <br> **AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WHITELINE EXPRESS LTD., and DONALD WELLS

| NAME (Type or print) |
|---|
| John W. Patton, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John W. Patton, Jr. |

| FIRM |
|---|
| Patton & Ryan, LLC |

| STREET ADDRESS |
|---|
| 330 N. Wabash, Suite 2900 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6186472 | 312.261.5370 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |