

14785/DVO

ARDC NO. 06209658

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ARTHUR GUERRERO; CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOISA GUERRERO and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOISA GUERRERO, Deceased, <br><br> Plaintiff(s), <br><br> v. <br><br> DONALD WELLS and WHITELINE EXPRESS, LTD., a Corporation, <br><br> Defendant(s). | Case No. 08 CV 3542 <br><br> **FILED** <br><br> JUL 16 2008  YM <br> Jul 16, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### NOTICE OF FILING

TO:   See attached Service List

PLEASE TAKE NOTICE that on July 16, 2008, we shall file with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division the attached Attorney Appearance Forms, a copy of which is attached hereto and served upon you herewith.

By: _____
Attorneys for Plaintiff(s)

Daniel V. O'Connor
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822

### CERTIFICATE OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, deposes and states that on July 16, 2008, s/he served the foregoing document by mailing a copy to each party to whom it is directed and depositing the same in the U.S. Mail at 161 North Clark Street - 21st Floor, Chicago, Illinois, at 5:00 p.m. with proper postage prepaid.

_____

SUBSCRIBED AND SWORN TO before me on July 16, 2008.

_____
Notary Public

"OFFICIAL SEAL"
LINDA AUGLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/3/2009

## SERVICE LIST

RE:    Eloisa Guerrero vs. WELLS
         Court No. 08 CV 3542
         Our File No. 14785/DVO

John W. Patton, Jr./Richard W. Schumacher
Patton & Ryan, LLC
One IBM Plaza
Suite 2900
Chicago, IL 60611
(FAX NO. 312 261-5161)
[Attorneys for DONALD WELLS and WHITELINE EXPRESS, LTD., a Corp]



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 C 3542

ARTHUR GUERRERO, et al.,

v.

DONALD WELLS and WHITELINE EXPRESS, LTD.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, ARTHUR GUERRERO, CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOUISA GUERRERO, and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOUISA GUERRERO, Deceased.

**FILED**
JUL 16 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Daniel V. O'Connor |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Daniel V O'Connor |

| FIRM |
|---|
| Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. |

| STREET ADDRESS |
|---|
| 161 N. Clark Street, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06209658 | (312) 372-3822 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |