

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ARTHUR GUERRERO, et al.

v

DONALD WELLS and WHITELINE EXPRESS, LTD.

Case Number: 08 C 3542

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, ARTHUR GUERRERO, CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOUISA GUERRERO, and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOUISA GUERRERO, Deceased

FILED
Jul 16, 2008
JUL 16 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey S. Jordan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Anesi, Ozmon, Rodin, Novak & Kohen Ltd. | |
| STREET ADDRESS <br> 161 N. Clark Street, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283176 | TELEPHONE NUMBER <br> (312) 372-3822 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |