**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Arthur Guerrero, et al.
                      Plaintiff,

v.                                      Case No.: 1:08−cv−03542
                                                      Honorable Charles R. Norgle Sr.

Donald Wells, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable David H. Coar: On 7/16/2008, the following order was entered in case # 08 CV 2723: "Motion hearing held on 7/16/2008 regarding #10. Motion [10] for reassignment based on relatedness is Granted. The Court will request reassignment of 08 C 3542 Guerrero v. Wells, et al, pending before Judge Norgle and 08 C 3622 Kubicz v. Wells, et al, pending before Judge Zagel." Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.