# United States District Court
# Northern District of Illinois



In the Matter of

Arthur Guerrero, et al

v.

Donald Wells, et al

Case No. 08 C 3542

Designated Magistrate Judge Ashman
~~Geraldine Soat Brown~~

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles R. Norgle** to be related to **08 C 2723** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge David H. Coar

Dated: July 22, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **David H. Coar**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 3 0 2008

Finding of Relatedness (Rev. 9/99)