14785/DVO/JSJ                                                                               ARDC# 06209658

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ARTHUR GUERRERO; CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOISA GUERRERO and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOISA GUERRERO, Deceased,<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD WELLS and WHITELINE EXPRESS, LTD., a Corporation,<br><br>Defendant(s). | *Case No.* 08 CV 3542 |

## **MOTION**

NOW COMES the Plaintiffs, Arthur Guerrero, et al. by and through their attorneys, Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. and moves for leave to file Plaintiff's Reply to Affirmative Defenses filed by Defendants, instanter.

                                                                                                               __/s/ Daniel V. O'Connor_____
                                                                                                                One of Plaintiff's Attorneys

Daniel V. O'Connor
ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.
161 N. Clark Street, 21st Floor
Chicago, IL  60601
(312) 372-3822

14785/DVO/JSJ                                                                                           ARDC No.  06209658

IN THE UNITED STATES DISTRICT COURT
FOR THENORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR GUERRERO; CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOISA GUERRERO and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOISA GUERRERO, Deceased,<br><br>                    *Plaintiff(s),*<br><br>v.<br><br>DONALD WELLS and WHITELINE EXPRESS, LTD., a Corporation,<br>                    *Defendants(s).* | Case No.  08 CV 3542 |

### REPLY TO AFFIRMATIVE DEFENSE

Now comes the Plaintiffs, Arthur Guerrero, et al., by their attorneys, ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD., and in reply to the Affirmative Defense filed by the Defendants, Whiteline Express, Ltd. and Donald Wells, to Plaintiff's First Amended Complaint at Law states as follows:

1. Plaintiff denies the allegations of paragraph 1 and demands strict proof thereof.

2. Plaintiff denies the allegations of paragraph 2 and demands strict proof thereof.

WHEREFORE, Plaintiff requests that judgment be entered in favor of the Plaintiff and against the Defendant.

                                             ____/s/ Daniel V. O'Connor_____
                                                         Attorneys for Plaintiff(s)

Daniel V. O'Connor
Jeffrey S. Jordan
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822