14693/DVO/TCN   ARDC No. 06209658

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTHUR GUERRERO; CYNTHIA URIBE as Mother of CYNTHIA GUERRERO, Minor Grand Daughter of ELOISA GUERRERO and GLENDA WRIGHT, as Co-Special Administrators of the Estate of ELOISA GUERRERO, Deceased,<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD WELLS and WHITELINE EXPRESS, LTD., a Corporation,<br><br>Defendant(s). | *Case No.* 08 CV 3542 |

## NOTICE OF MOTION

TO:   John W. Patton/Richard W. Schumacher at Patton & Ryan, 333 N. Wabash Ave., No. 2900, Chicago, IL  60611

　　　　PLEASE TAKE NOTICE that on**, September 4, 2008**, at **9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the **Honorable David H. Coar**, or any judge sitting in his stead, in **Room 1419** at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there move this Honorable Court in accordance with **Plaintiff's Motion for Leave to File Reply to Affirmative Defenses**, a copy of which is attached hereto and served upon you..

**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
Attorneys for Plaintiff(s)
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822

### CERTIFICATE OF SERVICE VIA MAIL TRANSMISSION AND ELECTRONIC TRANSMISSION

　　　　I, the undersigned being first duly sworn on oath, deposes and states that on August 27, 2008, s/he served the foregoing Notice of Motion and Certificate of Service and Motion(s) Listed therein electronically to all law firms of record via ECF and by mailing a copy to each party to whom it is directed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel V. O'Connor