**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Arthur Guerrero, et al.
                    Plaintiff,

v.                                           Case No.: 1:08−cv−03542
                                             Honorable David H. Coar

Donald Wells, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

   MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiffs Arthur Guerrero, Cynthia Uribe, Cynthia Guerrero, Elouisa Guerrero for leave to file Reply to Affirmative Defeses insatanter [15] is granted.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.